IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LAMAR PLAYER,

    Petitioner,

v.        CASE NO. 1:10-cv-00098-MP-AK

SECRETARY, DEPARTMENT OF CORRECTIONS,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 1, a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the $5.00 filing fee or filed a motion for leave to proceed *in forma pauperis*. Therefore, consideration of the petition will be deferred until payment is received or IFP is granted.

Accordingly, it is

**ORDERED AND ADJUDGED:**

1. That the Clerk shall forward to Petitioner an application for leave to proceed *in forma pauperis*;

2. That Petitioner shall have until **July 6, 2010**, to either file an application for leave to proceed *in forma pauperis* or pay the $5.00 filing fee;

3. **That failure to respond to this order as instructed may result in the dismissal of**

**this case for failure to prosecute and failure to comply with an order of this court.**[1]

**DONE AND ORDERED** this  *9th*   day of June, 2010

                 *s/Maurice M. Paul*
                 Maurice M. Paul, Senior District Judge

---

[1] Petitioner should note that if he fails to respond to this Order and this case is dismissed, any subsequently-filed habeas petition in this Court challenging the same conviction may be barred by the one-year limitation period for filing a habeas petition in the federal courts. See 28 U.S.C. § 2244(d)(1). Although the one-year period of limitation is tolled during the time in which a properly filed application for state post- conviction relief is pending, see Artuz v. Bennett, 531 U.S. 4, 8-9 (2000) (defining when an application is "properly filed" under 28 U.S.C. § 2244(d)(2)), the time in which a federal habeas petition is pending does not toll the one-year limitation period. See Duncan v. Walker, 533 U.S. 167 (2001) (holding that an application for federal habeas corpus review does not toll the one-year limitation period under § 2244(d)(2)).

*Case No: 1:10-cv-00098-MP-AK*