IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LAMAR PLAYER,

    Petitioner,

v.                                                              CASE NO. 1:10-cv-00098-MP-AK

SECRETARY DEPARTMENT OF CORRECTIONS,

    Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 1, a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. A review of the petition reflects that it is identical to another petition pending before the Court in <u>Player v. Sec'y, Dept. of Corr.</u>, Case No. 1:10-cv105-MP-AK. The Court has already directed Petitioner to file an amended petition in that case. Because the claims in each case are identical, and the Court has undertaken preliminary review and issued an order to amend in Petitioner's other case, the instant case should be dismissed.

Accordingly, it is

**ORDERED AND ADJUDGED:**

This case is **DISMISSED** without prejudice to Petitioner's right to pursue his habeas corpus claims in <u>Player v. Sec'y, Dept. of Corr.</u>, Case No. 1:10-cv105-MP-AK, in accordance with the Court's order to amend (Doc. 7) in that case.

**DONE AND ORDERED** this _8th_ day of July, 2010

                                      *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge